IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RICHARD DALANAS, | |
| :--- | :--- |
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 19-1369 |
| UNI-KEM CHEMICALS, INC., | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 20th day of August, 2019, upon consideration of Defendant's Motion to Dismiss, or in the alternative, Motion for Summary Judgment (ECF No. 11), Plaintiff's Response (ECF No. 12) and Defendant's Reply (ECF No. 13), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.